| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| *versus* | § CASE NO. 1:20-CR-79 (1) |
| | § |
| JONATHAN LIMBRICK | § |

## ORDER

Defendant Jonathan Limbrick's ("Limbrick") Fourth Unopposed Motion for Continuance (#268) is DENIED. Final Pretrial Conference and Jury Trial are set for March 22, 2021.

The court previously granted counsel's motion for continuance (#145) and entered an amended scheduling order (#196), which postponed the trial date from March 8, 2021, to March 22, 2021. Contrary to Limbrick's assertion, the amended scheduling order also extended the deadline for filing a motion to suppress from February 1, 2021, to March 5, 2021. This case has been pending nearly six months; all 15 codefendants have resolved their cases; when counsel was retained and accepted the representation, he knew that the trial date was March 8, 2021; and there is no reason to delay Limbrick's trial further.

SIGNED at Beaumont, Texas, this 12th day of March, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE