IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 1:20CR79 (1) |
| | § |
| JONATHAN LIMBRICK (1) | § |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the Indictment with a violation of Title 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of a Schedule II Controlled Substance, Namely Methamphetamine.

For you to find the defendant guilty of this crime, you must be convinced that the government has proved each of the following beyond a reasonable doubt:

First: That two or more persons, directly or indirectly, reached an agreement to possess with intent to distribute a mixture or substance containing a detectable amount of a Schedule II controlled substance, namely methamphetamine;

Second: That the defendant knew the unlawful purpose of the agreement;

Third: That the defendant joined in the agreement willfully, that is, with the intent to further it's unlawful purpose;

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

/s/ Russell E. James

Russell E. James

                                          Assistant United States Attorney
                                          Texas Bar No. 24071416
                                          350 Magnolia, Suite 150
                                          Beaumont, Texas 77701
                                          Office:  (409)839-2538
                                          Fax:  (409) 839-2550
                                          Email:  Russell.James@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was delivered to Brian Roberts, counsel of record, via electronic filing on March 18, 2021.

                                          /s/Russell E. James
                                          Russell E. James
                                          Assistant United States Attorney